LEON GREENBERG, ESQ., SBN 8094
RUTHANN DEVEREAUX-GONZALEZ, ESQ., SBN 15904
Leon Greenberg Professional Corporation
1811 South Rainbow Blvd - Suite 210
Las Vegas, Nevada 89146
(702) 383-6085
(702) 385-1827(fax)
leongreenberg@overtimelaw.com
ranni@overtimelaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AXEL LUNA MACIAS and JUSTIN LEE LLASOS, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GORILLA SUSHI, LLC, GORILLA KOREAN GRILL, INC., WOO CHANG CHOI and AMY NAKANISHI,<br><br>Defendants. | CASE NO.:  2:25-cv-01808-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' MOTION TO DISMISS THE COMPLAINT UNDER RULE 12(b)(6) OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT UNDER RULE 12(e)<br>(SECOND REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs AXEL LUNA MACIAS and JUSTIN LEE LLASOS (collectively, "Plaintiffs"), through their undersigned counsel of record and Defendants GORILLA SUSHI, LLC, GORILLA KOREAN GRILL, INC., WOO CHANG CHOI and AMY NAKANISHI (collectively, "Defendants"), through their undersigned counsel of record, as follows:

1

1. On September 24, 2025, Plaintiffs filed their Complaint (the "Complaint") against Defendants. ECF 1.

2. On November 10, 2025, Defendants filed their MOTION TO DISMISS THE COMPLAINT UNDER RULE 12(b)(6) OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT UNDER RULE 12(e) (the "Motion"). ECF 6.

3. The parties are engaged in discussions about how to efficiently proceed in this matter and given delays occasioned by the holiday period the Parties wish to extend the deadline for Plaintiffs to file a response in opposition to the Motion or serve a First Amended Complaint as provided for by FRCP Rule 15(a) until February 4, 2026.   This is the parties' second request for such an extension of time, the Court previously granting the parties' request to extend that time period until January 5, 2026 (Doc. 9).   The parties have been engaged in ongoing discussions that they believe are productive and that they believe would be fruitfully advanced by having the proposed additional 30 days to continue those discussions

4. For these reasons, the Parties stipulate and agree that Plaintiffs shall have up to and including February 4, 2026, within which to file their response in opposition to the Motion or a First Amended Complaint as otherwise provided for by FRCP Rule 15(a).

5. No discovery deadlines or dates for trial have been set.

6. This is the Parties' second request to extend Plaintiffs' response deadline.

7.    This stipulation is brought in good faith by the Parties and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 5th day of January 2026.

LEON GREENBERG PROFESSIONAL
CORPORATION

*/s/        Leon Greenberg, Esq.*
Leon Greenberg, Esq.
Nevada Bar No. 8094
Ruthann Devereaux-Gonzalez, Esq.
Nevada Bar No. 15904
1811 South Rainbow Blvd, Suite 210
Las Vegas, NV 89146
leongreenberg@overtimelaw.com
ranni@overtimelaw.com
*Attorneys for Plaintiffs*

DATED this 5th day of January 2026.

FLANGAS CIVIL LAW FIRM, LTD.

*/s/    Thomas "Toby" Fronczek Esq,.*
Thomas "Toby" Fronczek, Esq
Nevada Bar No. 11380
Flangas Law Firm
616 S. 8th Street
Las Vegas, Nevada 89101
E-mail: leo@flangaslawfirm.com
E-mail: toby@flangaslawfirm.com
*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: __January 21, 2026_____

3