LEON GREENBERG, ESQ., SBN 8094
RUTHANN DEVEREAUX-GONZALEZ, ESQ., SBN 15904
Leon Greenberg Professional Corporation
1811 South Rainbow Blvd - Suite 210
Las Vegas, Nevada 89146
(702) 383-6085
(702) 385-1827(fax)
leongreenberg@overtimelaw.com
ranni@overtimelaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AXEL LUNA MACIAS and JUSTIN LEE LLASOS, Individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br> vs.<br><br>GORILLA SUSHI, LLC, GORILLA KOREAN GRILL, INC., WOO CHANG CHOI and AMY NAKANISHI,<br><br>    Defendants. | CASE NO.:  2:25-cv-01808-JCM-BNW<br><br><br>**STIPULATION AND ORDER TO STAY CASE UNTIL MARCH 31, 2026 (SECOND REQUEST)** |

Pursuant to Local Rule IA 6-1 Plaintiffs AXEL LUNA MACIAS and JUSTIN LEE LLASOS (collectively, "Plaintiffs"), through their undersigned counsel of record and Defendants GORILLA SUSHI, LLC, GORILLA KOREAN GRILL, INC., WOO CHANG CHOI and AMY NAKANISHI (collectively, "Defendants"), stipulate to stay this case for all purposes until March 31, 2026.

1

Good cause exists to grant this stay until March 31, 2026, for the following reasons:

The parties have reached a settlement agreement in this matter and require additional time to reduce the agreement to writing, sign such agreement and file a stipulation of dismissal with prejudice with the Court.  This is the parties' second request for such a stay, which is sought in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 9th day of March 2026.

LEON GREENBERG PROFESSIONAL CORPORATION

*/s/ Ruthann Devereaux-Gonzalez, Esq.*
Leon Greenberg, Esq.
Nevada Bar No. 8094
Ruthann Devereaux-Gonzalez, Esq.
Nevada Bar No. 15904
1811 South Rainbow Blvd, Suite 210
Las Vegas, NV 89146
leongreenberg@overtimelaw.com
ranni@overtimelaw.com
*Attorneys for Plaintiffs*

DATED this 9th day of March 2026.

FLANGAS CIVIL LAW FIRM, LTD.

*/s/   Thomas "Toby" Fronczek Esq.*
Thomas "Toby" Fronczek, Esq
Nevada Bar No. 11380
Flangas Law Firm
616 S. 8th Street
Las Vegas, Nevada 89101
E-mail: leo@flangaslawfirm.com
E-mail: toby@flangaslawfirm.com
*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: ___March 12, 2026_____

2