LEON GREENBERG, ESQ., SBN 8094
RUTHANN DEVEREAUX-GONZALEZ, ESQ., SBN 15904
Leon Greenberg Professional Corporation
1811 South Rainbow Blvd - Suite 210
Las Vegas, Nevada 89146
(702) 383-6085
(702) 385-1827(fax)
leongreenberg@overtimelaw.com
ranni@overtimelaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AXEL LUNA MACIAS and JUSTIN LEE LLASOS, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GORILLA SUSHI, LLC, GORILLA KOREAN GRILL, INC., WOO CHANG CHOI and AMY NAKANISHI,<br><br>Defendants. | CASE NO.:  2:25-cv-01808-JCM-BNW<br><br>**JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

AXEL LUNA MACIAS and JUSTIN LEE LLASOS (collectively, "Plaintiffs"), through their undersigned counsel of record and Defendants GORILLA SUSHI, LLC, GORILLA KOREAN GRILL, INC., WOO CHANG CHOI and AMY NAKANISHI (collectively, "Defendants"), stipulate as follows:

1.     That the above-captioned action is dismissed in its entirety with prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

1

2.      Neither party shall be entitled to, nor shall seek, an award of costs, disbursements or fees, including attorneys' fees, from the other party with respect to this action.

3.      This Stipulation has been made pursuant to the terms of the Settlement Agreement between the parties dated as of April 9, 2026.

**IT IS SO STIPULATED.**

DATED this 17th day of April 2026.

LEON GREENBERG PROFESSIONAL
CORPORATION

*/s/ Ruthann Devereaux-Gonzalez, Esq.*
Leon Greenberg, Esq.
Nevada Bar No. 8094
Ruthann Devereaux-Gonzalez, Esq.
Nevada Bar No. 15904
1811 South Rainbow Blvd, Suite 210
Las Vegas, NV 89146
leongreenberg@overtimelaw.com
ranni@overtimelaw.com
*Attorneys for Plaintiffs*

DATED this 17th day of April 2026.

FLANGAS CIVIL LAW FIRM, LTD.

*/s/    Thomas "Toby" Fronczek Esq.*
Thomas "Toby" Fronczek, Esq
Nevada Bar No. 11380
Flangas Law Firm
616 S. 8th Street
Las Vegas, Nevada 89101
E-mail: leo@flangaslawfirm.com
E-mail: toby@flangaslawfirm.com
*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: _____April 20, 2026_____

2